# Robinson+Cole

ADAM J. PETITT

666 Third Avenue, 20th floor
New York, NY 10017-4132
Main (212) 451-2900
Fax (212) 451-2999
apetitt@rc.com
Direct (212) 451-2968

October 10, 2023

**MEMO ENDORSED**

*Via ECF*
Hon. Sidney H. Stein
United States District Judge
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re: *Rowe Plastic Surgery of New Jersey, L.L.C., et al. v. Aetna Life Insurance Company*, No. 1:23-cv-08509-SHS

Dear Judge Stein:

This firm represents Defendant, Aetna Life Insurance Company ("Aetna"), in the above-referenced matter. On September 27, 2023, this matter was transferred to this Court from the Eastern District of New York. Prior to the transfer, on September 15, Aetna filed a letter motion for a pre-motion conference to address Aetna's proposed motion to dismiss the Amended Complaint as required by the individual rules of the then-assigned District Judge. (ECF No. 15). On October 5, 2023, Your Honor issued an order denying Aetna's pre-motion conference request as Your Honor's Individual Rules do not require such conferences. Accordingly, Aetna respectfully requests that its time to file its motion to dismiss the Amended Complaint be extended through October 20, 2023.

Respectfully Submitted,

cc: All Counsel of Record (*via ECF*)          /s/ *Adam J. Petitt*
                                                Adam J. Petitt, Esq.

**Defendant's request to extend its time to file a motion to dismiss until October 20 is granted.**

Dated: New York, New York
       October 10, 2023

SO ORDERED:

Sidney H. Stein, U.S.D.J.

Boston | Hartford | New York | Washington, DC | Providence | Miami | Stamford | Wilmington | Philadelphia | Los Angeles | Albany | rc.com

Robinson & Cole LLP