UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROWE PLASTIC SURGERY OF NEW JERSEY, L.L.C. & EAST COAST PLASTIC SURGERY, P.C.,

                    Plaintiffs,

-v-

AETNA LIFE INSURANCE COMPANY,

                    Defendant.

23-cv-8509 (SHS) (OTW)

MEMORANDUM ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    Defendant Aetna Life Insurance Company has moved to dismiss the amended complaint in this action pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. Defendant has also requested that the Court impose sanctions on plaintiffs and their attorneys pursuant to the Court's inherent authority and 28 U.S.C. § 1927.

    Defendant's motion to dismiss the amended complaint is granted in full and this action is dismissed with prejudice for the reasons set forth in this Court's Memorandum Order in a nearly identical case, *Rowe Plastic Surgery of New Jersey, L.L.C. v. Aetna Life Insurance Co.*, No. 23-cv-6206, ECF No. 59 (S.D.N.Y. Aug. 5, 2025). Defendant's request for sanctions is denied for the reasons set forth in that order.

Dated: New York, New York
         August 6, 2025

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.