**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
ROWE PLASTIC SURGERY OF NEW JERSEY,
L.L.C. & EAST COAST PLASTIC SURGERY,
P.C.,

               Plaintiffs,

  -against-                                            23 **CIVIL** 8509 (SHS)(OTW)

                                                           **JUDGMENT**

AETNA LIFE INSURANCE COMPANY,

               Defendant.
----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated August 6, 2025, Defendant Aetna Life Insurance Company's motion to dismiss amended complaint is granted in full and this action is dismissed with prejudice for the reasons set forth in this Court's Memorandum Order in a nearly identical case, *Rowe Plastic Surgery of New Jersey, L.L.C. v. Aetna Life Insurance Co.,* No. 23-cv-6206, ECF No. 59 (S.D.N.Y. Aug. 5, 2025). Defendant's request for sanctions is denied for the reasons set forth in that order.

**Dated:** New York, New York

       August 6, 2025

                                                      **TAMMI M. HELLWIG**
                                                          **Clerk of Court**

                             BY:
                                                          **Deputy Clerk**